FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTROSE ENVIRONMENTAL GROUP, INC., a Delaware corporation; and MONTROSE AIR QUALITY SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZEPHYR AIR QUALITY SERVICES, LLC, a Washington limited liability company; TIMOTHY J. HOMER, an individual; the MARITAL COMMUNITY OF TIMOTHY J. HOMER AND TAMMY D. MESSING; CLAYTON KRIETZMAN, an individual; and COLLIN ROSE, an individual,<br><br>    Defendants. | No. 2:16-cv-00433-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

//
//
//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ^ 1**

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 26. The parties inform the Court that this matter has been settled and request that the remaining claims in this action be dismissed, with prejudice, with the parties to bear their own costs and fees. The parties further agree the dismissal shall be without prejudice as to the Court's Order Granting Stipulated Motion for Permanent Injunction, ECF No. 25, which shall remain in effect. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds good cause to grant the motion.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 26, is **GRANTED**.

2. The remaining claims in the above-captioned matter are **dismissed with prejudice**.

3. The dismissal shall be **without prejudice** as to the Court's Order Granting Stipulated Motion for Permanent Injunction, ECF No. 25, which shall remain in effect.

4. Any pending motions are **dismissed as moot**.

5. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 19th day of December 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ^ 2**